UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

SUSAN MOORE,

                Plaintiff,                Civ No. 07-CV-0770

     v.

FIRSTSOURCE ADVANTAGE, LLC,

                Defendant.

_____

## MEDIATION CERTIFICATION

A mediation session was held on: October 28, 2011 with follow up discussions.

**X**        **Case has settled**.  The parties have agreed that Kim Irving, Esq. will prepare the settlement agreement and stipulation for dismissal and that the stipulation will be filed within thirty (30) days.

_        Case has settled in part.  The parties have been instructed to file a stipulation setting forth the resolved claims within five (5) business days from the mediation session.

_        Case has not settled.  Mediation will continue on: _____.

_        Case has not settled.  Mediation is complete.  The case will proceed toward trial pursuant to the Court's scheduling order.


Date:  December 5, 2011                /s/  Bruce S. Zeftel
                                                    Mediator