UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SUSAN MOORE

           Plaintiff,

v.

FIRSTSOURCE ADVANTAGE, LLC.,

           Defendant.

Civil Action No. 07-CV-0770

---

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

DATED: 2-1-12

_[signature]_
Kimberly T. Irving, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288

DATED:

_[signature]_
James Greco, Esq.
Colucci & Gallagher P.C.
*Attorneys for Defendant*
424 Main Street
Suite 2000
Buffalo, New York 14202
Phone: (716) 854-8674